UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN SIEFKEN, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　Plaintiff,<br><br>　　- against -<br><br>MORGAN STANLEY, MORGAN STANLEY & CO., INC., MORGAN STANLEY PLANS "INVESTMENT COMMITTEE," MORGAN STANLEY PLANS "ADMINISTRATIVE COMMITTEE," JOHN J. MACK, C. ROBERT KIDDER, ERSKINE B. BOWLES, DONALD T. NICOLAISEN, and JOHN DOES 1-10,<br><br>　　　　　　Defendants. | 07 Civ. 11456 (JGK)<br><br>STIPULATION REGARDING DEFENDANTS' TIME TO ANSWER OR OTHERWISE RESPOND |

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for plaintiff and defendants that the time for all defendants to answer, or otherwise respond to, the complaint filed in the above captioned case shall be extended by thirty (30) days until February 25, 2008.

Dated:　New York, New York
　　　　　January 22, 2008

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/1/2008
```

SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP

By: _____
Edward W. Ciolko

280 King of Prussia Road
Radnor, PA 19087
Tel.: (610) 667-7706

Attorneys For Plaintiff John Siefken and
the Proposed Class


DAVIS POLK & WARDWELL

By: _____
Robert F. Wise, Jr.

450 Lexington Avenue
New York, New York 10017
Tel.: (212) 450-4512

Attorneys For Defendants Morgan Stanley
and Morgan Stanley & Co., Inc.


SO ORDERED

_____
U.S.D.J.

January ___, 2008

2/1/08