UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| IN RE MORGAN STANLEY ERISA LITIGATION | ) ) | MASTER FILE NO.: 07 Civ. 11285 |
|---|---|---|
| THIS DOCUMENT RELATES TO: All Actions | ) ) ) ) | |

**[PROPOSED] ORDER TO SEAL UNREDACTED
CONSOLIDATED AMENDED CLASS ACTION COMPLAINT**

**WHEREAS**, on July 7, 2008, this Court entered a Joint Amended Scheduling Order authorizing plaintiffs to file their Consolidated Amended Class Action Complaint (the "Amended Complaint") on July 25, 2008;

**WHEREAS**, defendants have produced certain documents to plaintiffs with the understanding that those documents would be protected by a confidentiality stipulation, the basic parameters of which were agreed to prior to that production, but which has not yet been finalized or ordered by the Court;

**WHEREAS**, the Amended Complaint contains certain information derived from and referencing those confidential documents;

**WHEREAS**, plaintiffs will file a version of the Amended Complaint with the Court on July 25, 2008 that has been redacted with respect to such information;

**IT IS HEREBY ORDERED** that the unredacted Amended Complaint shall be filed permanently under seal and remain under seal until otherwise ordered, and that access be restricted to counsel for the parties, the parties themselves, Chambers of the Honorable Robert W. Sweet, and those persons employed by the Court or the Clerk of the Court that are permitted





access to restricted documents.

Dated: July 30, 2008
       New York, New York

SO ORDERED:

_____
HONORABLE ROBERT W. SWEET
UNITED STATES DISTRICT JUDGE

516044